THE PEOPLE OF THE STATE OF NEW YORK v. HARRY KLEINBERG.— Preference granted for May 4, 1927.    Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HARRY ZIERLER.— Motion granted and appeal set down for argument on May 3, 1927, on condition that the record on appeal and the appellant's points be served and filed on or before April 19, 1927.    Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Probate of the Last Will and Testament of ELLA A. ROGERS, Deceased.— Motion granted so far as to extend appellant's time in which to serve and file the appellant's points herein to and including May 1, 1927.    Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MACK COHAN and Others. — Motion denied.    Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARCUS STINE, Sole Surviving Executor, etc., of SAMUEL W. EHRICH, Deceased, Respondent, v. HENRY LOCKHART, JR., Appellant.— Judgment affirmed, with costs.    No opinion.    Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

FRANCIS M. FERRARI, Respondent, v. FIRST NATIONAL BANK OF CONNELLSVILLE, PA., Appellant.— Judgment affirmed, with costs.    No opinion.    Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

EDWARD HARDIN, Appellant, v. THE MORGAN LITHOGRAPH COMPANY, Respondent.— Judgment affirmed, with costs.    No opinion.    Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.; Finch and O'Malley, JJ., dissent and vote for reversal and a new trial.

GLENS FALLS INSURANCE COMPANY, Respondent, v. VIRGIL A. STEWART, Appellant.— Judgment and order affirmed, with costs.    No opinion.    Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

REBECCA MALATZKI, Respondent, v. HYMAN SCHLESSINGER and Another, Appellants.— Judgment and order affirmed, with costs.    No opinion.    Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.

FRANK M. ANDREWS and Others, Respondents, v. YONA-VARAH REALTY CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term.    No opinion.    Present — Dowling, P. J., Merrell, Finch, Martin and O'Malley, JJ.